UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Braewood Condominium Association, | Case Number 22-cv-2134 (PJS/JFD) |
| Plaintiff, | |
| v. | |
| General Casualty Company of Wisconsin, | |
| Defendant. | |

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Braewood Condominium Association and Defendant General Casualty Company of Wisconsin hereby stipulate to dismiss the above-captioned action **WITH PREJUDICE** and on the merits, with each party to bear its own attorney fees and costs.

**SMITH JADIN JOHNSON PLLC**

November 2, 2023

*/s/ Alexander M. Jadin*
Alexander M. Jadin (#387219)
7900 Xerxes Ave. S., Suite 2020
Bloomington, MN 55431
952-388-0289
ajadin@sjjlawfirm.com
***Attorney for Plaintiffs***

**ZELLE LLP**

November 2, 2023

*/s/ Dennis Anderson*
Dennis Anderson (#0396147)
500 Washington Ave. S., Suite 4000
Minneapolis, MN  55415
612-339-2020
danderson@zellelaw.com
***Attorney for Defendant***